UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JIMMIE SEWLL; and
CHRISTINA SEWELL,

           Plaintiffs,

   v.

FAIRFIELD POLICE DEPARTMENT,
et al.,

           Defendants.
_____/

NO. CIV. S-05-970 LKK/DAD

O R D E R

    By order filed May 17, 2005, a Status Conference was set in the above-captioned on August 1, 2005. Plaintiff was ordered to effect service of the complaint on defendants within forty-five days and to file a status report not later than ten days preceding the status conference. Plaintiff has done neither.

    Accordingly, the court hereby ORDERS that:

    1. Counsel for plaintiff is ordered to SHOW CAUSE in writing within ten (10) days from the effective date of this order why sanctions in the amount of one hundred fifty dollars ($150.00)

1

should be imposed for failure to effect service of process and failure to timely file a status report.

2. The Status Conference is CONTINUED to September 26, 2005 at 2:30 p.m.;

3. Plaintiff is ordered to effect service of process on defendants within twenty (20) days;

4. Plaintiff is directed to give notice of the continued status conference to defendants with service of process; and

5. The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference.

IT IS SO ORDERED.

DATED: July 29, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT