UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JIMMIE SEWLL; and
CHRISTINA SEWELL,

        NO. CIV. S-05-970 LKK/DAD

    Plaintiffs,

  v.                              O R D E R

FAIRFIELD POLICE DEPARTMENT,
et al.,

    Defendants.
                            /

    On July 29, 2005, plaintiffs' counsel in the above-captioned case was ordered to show cause why sanctions should not be imposed for failure to file a timely status report. The court is in receipt of plaintiff counsel's response.

    No good cause being shown, counsel for plaintiff is sanctioned in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the effective date of this order. Counsel shall file an affidavit accompanying the payment of this sanction which states

1

that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

IT IS SO ORDERED.

DATED: August 15, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT