UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JIMMIE SEWLL; and
CHRISTINA SEWELL,

          NO. CIV. S-05-970 LKK/DAD

    Plaintiffs,

  v.                          O R D E R

FAIRFIELD POLICE DEPARTMENT,
et al.,

    Defendants.
_____/

    Pending before the court is a motion to dismiss filed by defendants in the above-captioned case.  Based on the pleadings, the parties' papers filed herein, and after oral argument, the court hereby GRANTS defendants' motion to dismiss with leave to amend.

////

////

////

////

1

1     Plaintiffs shall file an amended complaint, if any, within
2 fifteen (15) days of the effective date of this order.
3     IT IS SO ORDERED.
4     DATED:  September 27, 2005.

```
                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

2