UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA SEWELL, et al

        Plaintiffs,

   v.

CITY OF FAIRFIELD,

        Defendant.
_____/

NO. CIV. S-05-970 LKK/DAD

O R D E R

The court is in receipt of defendant's request for an amended judgment. Defendant has provided no authority for the court to grant the relief requested at this particular time. Accordingly, the request is DENIED.

IT IS SO ORDERED.

DATED: February 9, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1